United States District Court
Southern District of Texas
FILED

APR 16 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:14-CR-00281 |
| ARMANDO GONZALEZ-GARCIA | § | |

## ORDER

Defendant has filed two separate motions for a sentence reduction pursuant to Amendment 782 of the United States Sentencing Guidelines. For the following reason(s), Defendant's motions [*Dkt. Nos. 31 & 32*] are hereby **DENIED**:

- ☐ Defendant's projected release date is prior to November 1, 2015. *See* U.S. SENTENCING GUIDELINES MANUAL § 1B1.10(e)(1).

- ☐ The Amendment does not lower Defendant's guideline range because of a controlling statutory minimum. *See id.* § 5G1.1(b).

- ☐ The low end of Defendant's amended guideline range is equal to or greater than the sentence Defendant received, and Defendant did not receive a downward departure based on substantial assistance to the Government. *See id.* § 1B1.10(b)(2)(A)-(B).

- ☐ The Amendment does not lower Defendant's guideline range based on the quantity of drugs used to calculate Defendant's original guideline range.

- ✓ Defendant was not sentenced based on a guideline range calculated using the Drug Quantity Tables in § 2D1.1 or § 2D1.11.

- ☐ The Court accepted the Government's recommendation for a two-level reduction in the form of a variance at the time of sentencing, pursuant to the Attorney General's Memorandum.

IT IS SO ORDERED.

DONE at McAllen, Texas, this \_\_\_\_th day of April, 2015.

_____
Micaela Alvarez
United States District Judge